**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: MCCORMICK & COMPANY, INC. PEPPER PRODUCTS MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 2665<br><br>Misc. No. 15-mc-1825 (ESH) |
| This Document Relates To:<br><br>*Watkins Incorporated v. McCormick & Co* | |

**PLAINTIFF WATKINS INCORPORATED'S REPLY
IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT**

Defendant McCormick & Company, Inc. ("McCormick") has provided the Court with no sufficient reason to deny Plaintiff Watkins Incorporated's ("Watkins") motion to file its Second Amended Complaint. Defendant does not specifically address the established grounds for denial—undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies by previous amendments, undue prejudice to the opposing party, or futility—but suggests Watkins' motion is untimely or somehow improper. *See Foman v. Davis*, 371 U.S. 178, 182 (1962) (noting liberal standard and listing grounds for denial). The procedural history of this matter clearly demonstrates that this argument lacks merit. Notably, no deadline has been set for the parties to file amended pleadings. Furthermore, no prejudice results because McCormick has already submitted a supplemental brief in support of its pending motion to dismiss that addresses Watkins' amended pleading. Accordingly, Watkins respectfully requests that the Court grant its motion.

## ARGUMENT IN REPLY

Defendants incorrectly characterize Plaintiff's motion as its "fourth attempt to plead its claims." (ECF No. 53 at 2.) Plaintiff's proposed pleading is in fact its *Second* Amended Complaint. After Watkins filed its complaint in the Minnesota District Court, McCormick responded with a motion to dismiss. Plaintiff filed its Amended Complaint as of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), prior to any briefing by Defendant.[1] Notably, the parties never briefed McCormick's Motion to Dismiss in the Minnesota action.

After this matter was transferred and consolidated with the multi-district litigation, the Court ordered Watkins to file "*a copy* of the Amended Complaint." (ECF No. 26.) Contrary to Defendant's suggestion, Plaintiff did not seek and was not granted leave "to file a *further* Amended Complaint." (*See* ECF No. 53 at 2.) Indeed, the only revision Watkins made to its Amended Complaint was to the caption, as required by the Court. Defendants' observation that this is the "second time that Watkins has responded to a motion to dismiss by seeking to amend its claims" is of no consequence. (*Id.*)

Nor has McCormick identified any undue delay. As alleged in its Second Amended Complaint, Wal-Mart terminated the Watkins black pepper test marketing program on April 5, 2016, after McCormick filed its motion to dismiss (March 30, 2016, ECF No. 37). Watkins filed the instant motion to amend on July 5, 2016. During the intervening period, material facts were assembled, reviewed and analyzed, and the

---

[1] Watkins' Amended Complaint added allegations regarding McCormick's slack-filled peppercorn grinders and addressed the then-pending consumer actions.

2

decision to amend was reached. In addition to the termination of the Wal-Mart program, significant additional information came to light during this time, including the fact that McCormick reduced the size of its pepper tins and put them into production starting in March 2016, as confirmed in its interrogatory answers dated June 27, 2016. This sequence of events and period of time does not constitute "undue delay," and McCormick has offered no authority to the contrary.

Finally, McCormick has suffered no prejudice as a result of the amendment. McCormick required no continuance of the hearing date on its motion to dismiss and it has already submitted a supplemental memorandum addressing Watkins' new allegations. Watkins does not oppose McCormick's request to file its supplemental brief, and will file its response on July 12, 2016 as ordered by the Court in its July 6, 2016 Minute Order.

For all the foregoing reasons, Watkins respectfully requests that the Court grant its motion for leave to file its Second Amended Complaint.

Respectfully submitted,

**MASLON LLP**

Dated: July 8, 2016

By: *s/Geoffrey P. Jarpe*
Geoffrey P. Jarpe (#49761)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200
Email: geoffrey.jarpe@maslon.com

**ATTORNEYS FOR PLAINTIFF
WATKINS INCORPORATED**