UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE: MCCORMICK & COMPANY, INC., PEPPER PRODUCTS MARKETING AND SALES PRACTICES LITIGATION**<br><br>**This Document Relates To:**<br>*Watkins Incorporated v. McCormick & Company, Inc.*<br>No. 1:15-cv-2188 (ESH) | **MDL Docket No. 2665**<br>**Misc. No. 15-1825 (ESH)** |

# ORDER

Having considered defendant McCormick & Company's motion to dismiss the amended complaint filed by Watkins Incorporated [ECF No. 37], for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motion is **GRANTED in part and DENIED in part**; and it is further

**ORDERED** that Count Five of the amended complaint is **DISMISSED**.

/s/   *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:   October 17, 2016