**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

IN RE: MCCORMICK & COMPANY,
INC., PEPPER PRODUCTS MARKETING
AND SALES PRACTICES LITIGATION

**MDL Docket No. 2665
Misc. No. 15-1825 (ESH)**

This Document Relates To:

ALL CONSUMER CASES

## ORDER

Having considered McCormick's motion to dismiss the Second Amended Consolidated Class Action Complaint, ECF No. 132, and Wal-Mart's motion to dismiss Count One, ECF No. 134, for the reasons stated in the accompanying Memorandum Opinion (to be filed under seal), it is hereby

**ORDERED** that McCormick's motion to dismiss the Second Amended Consolidated Class Action Complaint, ECF No. 132, is **GRANTED as to Count One**; it is further

**ORDERED** that Wal-Mart's motion to dismiss Count One of the Second Amended Consolidated Class Action Complaint, ECF No. 134, is **GRANTED**; it is further

**ORDERED** that Count One is **DISMISSED WITH PREJUDICE**; it is further

**ORDERED** that, consistent with the Court's Memorandum Opinion, June 13, 2017, ECF No. 145, the Court will unseal the Memorandum Opinion supporting this Order in unredacted form on June 28, 2017, unless defendants make objections by **June 21, 2017**.  If defendants file objections, any response by plaintiffs is due on or before **June 26, 2017**.  It is further

**ORDERED** that a status conference is set for **11:30 a.m. on July 12, 2017**, in

Courtroom 23A; and it is further

     **ORDERED** that plaintiffs shall file their motion for class certification by **July 14, 2017**,

defendants shall file their responses by **August 21, 2017**, and plaintiffs shall file their reply by

**September 11, 2017**.


                  /s/    *Ellen Segal Huvelle*
                  ELLEN SEGAL HUVELLE
                  United States District Judge

Date:   June 13, 2017