# EXHIBIT 3
# REDACTED Levy Report

Previously filed under seal at ECF No. 157-4
and ECF No. 163-3

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: MCCORMICK & COMPANY, INC., PEPPER PRODUCTS MARKETING AND SALES PRACTICES LITIGATION | MDL No. 2665 <br> Master Docket No. 1:15-mc-1825-ESH |

**EXPERT REPORT OF ARMANDO LEVY, Ph.D.**

**IN SUPPORT OF PLANTIFFS' MOTION FOR CLASS CERTIFICATION**

**JANUARY 30, 2017**

**CONFIDENTIAL MATERIAL – SUBJECT TO THE
STIPULATION AND AMENDED ORDER FOR THE PRODUCTION
AND EXCHANGE OF CONFIDENTIAL INFORMATION**

**TABLE OF CONTENTS**

I. QUALIFICATIONS ...................................................................................................... 1

II. ASSIGNMENT AND SUMMARY OF CONCLUSIONS............................................. 1

III. THEORY OF DAMAGES............................................................................................ 3

IV. THE GLOBAL BLACK PEPPER MARKET ............................................................... 5

V. THE U.S. BLACK PEPPER INDUSTRY .................................................................... 8

VI. DATA USED IN THE ANALYSIS ............................................................................ 10

    A. DATA FOR CLASS PRODUCTS IDENTIFICATION...................................... 10

    B. DATA FOR OVERCHARGE DAMAGE ESTIMATION................................... 11

VII. ESTIMATION OF OVERCHARGE DAMAGES ...................................................... 14

    A. ESTIMATED OVERCHARGE DAMAGES TO THE CONSUMER PROTECTION
       CLASS................................................................................................................ 15

       a. ESTIMATED OVERCHARGE DAMAGES FROM MCCORMICK-BRANDED
          SLACK-FILLED PRODUCTS ................................................................ 15

       b. ESTIMATED OVERCHARGE DAMAGES FROM PRIVATE-LABEL
          SLACK-FILLED PRODUCTS ................................................................ 18

    B. ESTIMATED NATIONWIDE DAMAGES ....................................................... 23

VIII. CONCLUSION .......................................................................................................... 24

APPENDIX A: CURRICULUM VITAE OF ARMANDO LEVY ................................... A-1

APPENDIX B: DOCUMENTS RELIED UPON ........................................................... B-1

## I.  QUALIFICATIONS

1.  My name is Armando Levy. I am an economist and Principal at The Brattle Group, Inc., a consultancy with offices in Cambridge (Massachusetts), Washington D.C., San Francisco, New York, Toronto, Madrid, Rome, London, and Sydney. I hold a Ph.D. in Economics, an M.A. in Statistics and an A.B. in Applied Mathematics from the University of California at Berkeley.

2.  I am an expert economist specializing in microeconomics, econometrics, and statistics. I have been consulted in the LCD-TFT, SRAM, DRAM and Milk antitrust actions in the U.S. as well as antitrust proceedings in Australia. In addition, I was a testifying expert on damages in the SRAM direct-purchaser antitrust matter.

3.  Formerly, I was also an Assistant Professor of Economics at North Carolina State University and a lecturer in econometrics at the University of California at Berkeley. I have published numerous papers in peer-reviewed journals, including the Journal of Labor Economics, the International Journal of Industrial Organization, and Economics Letters.

4.  A copy of my current curriculum vitae including my testimony and publications is attached as Appendix A. The Brattle Group is currently compensated at a rate of $625 per hour for my time working in this matter and the rates for others Brattle staff working at my direction range from $95 to $425 per hour. Neither my compensation nor that of The Brattle Group is contingent on my findings or the outcome of this proceeding.

## II.  ASSIGNMENT AND SUMMARY OF CONCLUSIONS

5.  I have been retained by counsel for Plaintiffs in this matter to review the public and discovery evidence in this matter and to ascertain whether or not damages could be calculated on a class-wide basis using common evidence and, if so, to implement a methodology for calculating class-wide damages. I understand the Plaintiffs' theory of the case centers on damages suffered by class members from the Defendants'

challenged strategy ("slack-fill strategy") since early 2015 whereby black pepper products were replaced by new products containing nonfunctional slack-fill (and hence less pepper) in identical opaque packaging. I do not offer any opinion on the legality of the Defendants' actions, but assume Plaintiffs' allegations as stated in their consolidated complaint.[1] I also understand that Plaintiffs seek damages for a nationwide class (the "Nationwide Class") for violation of state common laws which allow for damages based on Defendant's unjust enrichment and for a second class (the "Consumer Protection Class") of consumers in 24 states and the District of Columbia for violation of state consumer protection laws.

6.   Based on my review of the evidence in this matter, I conclude that damages to the class can reliably be calculated on a class-wide basis using common evidence. Specifically, I find that:

- Because black pepper is a relatively small portion of a typical grocery bill, and is mainly sold through retail stores, buyers of black pepper products in the matter will be impacted in a common manner from the Defendants' slack-fill strategy.

- I calculate nationwide damages of $43.9 million to class members who purchased the slack-filled products that were manufactured by McCormick & Company, Inc. ("McCormick").

- With respect to the Consumer Protection Class,[2] I calculate $22.1 million in

---

[1]   *Consolidated Class Action Complaint* in Re: McCormick & Company, Inc. MDL No. 2665, Master Docket No. 1:15-mc-1825-ESH. I understand that claims related to violations of the Sherman Antitrust Act ("Count I") have been dismissed by the court, so I do not consider them herein (see Memorandum of Opinion MDL No. 2665, Master Docket No. 1:15-mc-1825-ESH, November 11, 2016). I do consider Plaintiffs' claim in Count II that Defendants violated the Federal Food, Drug and Cosmetic Act Section 403 (21 U.S.C §343), the Code of Federal Regulations Title 21 part 100, the Lanham Act (15 U.S.C. §1125) and various state laws, and Plaintiffs' claim in Count III that Defendants were unjustly enriched.

[2]   The "Consumer Protection Class" is defined in the Complaint as all persons residing in Arkansas California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Idaho, Illinois, Iowa, Maryland, Massachusetts, Michigan, Minnesota, Missouri, Nebraska, New Hampshire, New Jersey, New Mexico, New York, North Dakota, Pennsylvania, South Dakota, Washington, and/or Wisconsin who purchased McCormick branded class products and private label class products between January 1, 2015

damages to class members who purchased the slack-filled products that were manufactured by McCormick & Company, Inc. ("McCormick").

- o Of the total damages to the Consumer Protection Class, I calculate $18.0 million in damages to class members who purchased the slack-filled McCormick-branded products.

- o I calculate the remainder of $4.1 million as damages to members of the Consumer Protection Class who purchased the slack-filled private-label products.

7.  To prepare this report, I reviewed both data provided by Defendants and third party retailers through discovery, retail summary data produced by Information Resources, Inc. ("IRI") in response to a subpoena, and data and documents in the public domain. A list of documents that I relied upon in preparing this expert report is attached as Appendix B. I reserve the right to revise my analysis and opinions should additional relevant information be provided to me.

8.  The report is organized as follows. Section III discusses the theory of damages from legal and economic perspectives. Section IV provides background information on worldwide black pepper supply and demand. Section V focuses on the description of the U.S. black pepper industry. Section VI describes the data used in the damage analysis. Section VII estimates the overcharge damaged caused by Defendants' slack-fill strategy. Section VIII concludes.

## III. THEORY OF DAMAGES

9.  For the nationwide class, Plaintiffs have alleged Defendants have unjustly retained a benefit to the detriment of the members of the class. I understand that typically damages are only recoverable to the extent of the losses suffered by consumers. In

---

and the present, for their personal or household uses.  As reflected below, damages can be calculated for each state and thus can be specifically tied to any change in the class definition by Plaintiffs or as ordered by the Court for either the nationwide class or Consumer Protection Class.

this matter, because the allegations are that consumers overpaid for the quantity of pepper they received, the overcharge would be excess revenue. However, I also understand that McCormick did not produce to Plaintiffs the data that would have provided the basis for calculating its revenues, costs, and profits retained from the sale of slack-filled black pepper. Plaintiffs' counsel informed me that McCormick's counsel insisted that damages for unjust enrichment should be calculated on the same basis as out-of-pocket loss as described below. Hence in the calculations for the nationwide class, I calculate unjust enrichment in the same manner as for the Consumer Protection Class as I describe below.

10. I also understand from counsel for Plaintiffs that the legal standards in the various states in the Consumer Protection Class refer to two concepts for injury to the class. The first concept is the "out-of-pocket" standard by which consumers are overcharged by the difference between what they paid for black pepper and the actual value as received by the customer.[3] In this matter Plaintiffs alleged the Defendants switched from the standard-filled products to the slack-filled products, and so the value that consumers were denied is simply the value of the missing black pepper.

11. The second concept is the so-called "benefit-of-the-bargain" which refers to the difference between the value of the property as represented and the value received.[4] Again in the present matter, the difference in value is represented by the shortfall in the amount of black pepper in the (identical) containers used by the Defendants.

12. From an economic perspective, the change to a slack-filled product amounted to a hidden price increase. Consumers make purchasing decisions based on their expectations of the amount of pepper contained in the Defendant's standard products but receive slack-filled products instead. The benefit-of-the-bargain and out-of-

---

[3] "Out-of-pocket loss" is defined as "[t]he difference between the value of what the buyer paid and the market value of what was received in return." Black's Law Dictionary 957, 7th ed. 1999.

[4] "The 'benefit of the bargain' measure [is] defined as the difference between the value of the item as represented and the value that was actually received at the time of purchase." *Hammond v. Maxum Marine, Inc.*, 1994 U.S. App. LEXIS 42223 (5th Cir. Tex. Oct. 10, 1994).

pocket measures of damages are the amount of money that would be required to restore consumers to their same level of well-being had the standard products been sold to them. In economics there are two related measures for the change in consumer welfare given a transparent change in prices: compensating variation and equivalent variation.[5] Both compensating variation and equivalent variation measures apply to cases where the price increase is observable whereas the statutory measures apply to hidden price increases.

13. Hence while the legal definitions of the two measures of damages to consumers may result in different calculations in some cases, in this matter, after considering the legal definitions and economic theory, I conclude that both measures of damages amount to the value of the missing black pepper from the new products in the identical containers.

## IV. THE GLOBAL BLACK PEPPER MARKET

14. Black Pepper is one of the most widely used spices in food preparation and a major (and ancient) agricultural commodity on the world market. Originally a product of the Western Ghats region of India, pepper plants have subsequently been introduced to Vietnam, Indonesia, Brazil, Malaysia and 21 other countries with the requisite tropical climate.[6] Pepper is produced by cultivating pepper plants and harvesting the fruits when mature. The fruit is then dried in the sun and prepared for transport to a processing plant. At the processing plant the fruits are cleaned and graded, then transformed into dehydrated "fingers" or ground into powder. Finally the pepper (in whole grain or powder form) is put into containers for sale to end users.

15. Like most agricultural products, pepper supply is subject to shocks from weather

---

[5]  See for example page 136 of Eaton, et. al. (1999) <u>Microeconomics</u> 4th Edition Prentice Hall. Compensating variation is the amount of money that is required to restore a consumer to the level of well-being they enjoyed prior to a price increase. Hence it is an ex post measurement of compensation to consumers. Equivalent variation is the amount of money that a consumer would give up to prevent the price increase and is an ex ante measurement of the amount the consumer is willing to pay.

[6]  See Table 1 of Ravindran, P.N ed. (2000) Black Pepper, Harwood Academic Publishers

during the growing season, pests, disease and economic factors such as pepper prices and profitability of other crops.[7] The five largest pepper producing countries are Vietnam, Indonesia, India, Brazil and Malaysia who collectively produce approximately 85% of world production.[8] It is shown in Figure 1 below that in the decade between 1997 and 2006, global production of pepper from the top five producing countries more than doubled from 175,000 MT to over 360,000 MT. Starting in 2007, there was a slight decrease in global production, spurred primarily by intensive crop losses in India and Brazil due to inclement weather. This trend continued until 2013, when black pepper production returned to its pre-2007 level.

**Figure 1: Black Pepper Production by Top 5 Pepper Producing Countries, 1961-2013.**



Source: FAOSTAT.

---

[7]   Thangaselvabal, T., Justin, C.G.L., and Leelamathi, M. (2008) "Black Pepper (Piper Nigrum L.) 'the King of Spices'- a Review" *Agricultural Review* Vol. 29(2) 89-98.

[8]   Other major pepper producing countries include Sri Lanka, Thailand and Madagascar.

16. Because most of the world production of black pepper occurs in South and Southeast Asian countries while demand for black pepper is broadly distributed across the planet, black pepper is the largest traded spice in the international market, both in terms of quantity and value.[9] According to statistics from International Pepper Community (IPC), the largest importers of black pepper are the United States, Singapore, Germany, the United Arab Emirates, Netherlands, United Kingdom, Spain, France and Japan.[10] Pepper is typically grown by small farmers and consolidated by brokers who then sell the dried and unprocessed black pepper to international buyers. The buyers then transport the black pepper to processing plants that are located in their home markets. The major buyers include Baria Pepper (Vietnam), British Pepper and Spice (UK), Catch (India), Everest Spices (India), McCormick (USA) and MDH (India).[11]

17. Global black pepper consumption has been growing rapidly since the 1990's in part due to sharp increase in demand from Asia. It is estimated that the consumption in Southeast Asia has surged nearly fourfold between 1991 and 2011, while demand from China has risen more than 200%.[12] Demand from the market outside of Asia has increased at a slower rate: by 45% in North America and 15% in Europe. Much of the increase in Asia has been attributable to people's increased appetite for meat products, which benefit from more pepper seasoning, as well as the general rise in wealth and disposable income.[13]

18. The rapid increase in the demand of black pepper, coupled with relatively stable world production in the recent decade, resulted in drastic increase in the price of black pepper. Between 2005 and 2015, the spot price of black pepper in New York increased more than six times from $0.75 to more than $5 per pound, see Figure 2

---

[9]   The United Nations Conference on Trade and Development (UNCTAD) has estimated that black pepper contributes 34% of the total global spice trade volume in 2000, followed by chili at 22%, seed spices at 17%, tree spices at 14%, turmeric at 5%, ginger at 4%, cardamom at 3% and vanilla at 1%.

[10]  International Pepper Community (2014): "Pepper Statistical Yearbook 2014", Table 1.17.

[11]  Technavio (2015) "Global Black Pepper Market 2015-2019" July 22, 2015.

[12]  Jara Zicha (2015) "Pepper – the Return of Black Gold", June 29, 2015.

[13]  Ibid.

below. The price did not start to decrease until late 2015.

**Figure 2: New York Black Pepper Spot Price, 2005 - 2016**



Sources: Spices Board India and International Pepper Community (IPC).

## V.  THE U.S. BLACK PEPPER INDUSTRY

19.  The Defendant McCormick, headquartered in Sparks, MD, is the leading seller of black pepper in the United States. McCormick "manufactures, markets, and distributes spices, seasoning, mixes, condiments and other flavorful products to the entire food industry—retailers, food manufacturers and foodservice businesses."[14] The company buys pepper from India, Indonesia, Vietnam and Brazil which is then transported to one of its processing facilities in Hunt Valley, MD or other

---

[14]   McCormick 2014 Annual Report.

locations.[15]

20. McCormick is the largest manufacturer of black pepper products in the United
    States. According to the IRI retail summary data, McCormick has a 47% share of the
    U.S. black pepper market in 2015. In addition to producing McCormick-branded
    pepper products, McCormick also produces private-label pepper products for major
    retail chains such as Wal-Mart, Publix, SuperValu Inc. and Albertsons. The private-
    label pepper products produced by McCormick take another 18.8% share of the U.S.
    black pepper market.[16] Other major manufacturers of black pepper products in the
    U.S. market include Tones, Badia, and Olde Thompson, which accounts for 9.5%,
    2.3% and 2.2% of U.S. market share respectively.[17]

21. Consumers buy pepper at retail outlets such as chain grocery stores, big-box retail
    stores (such as Wal-Mart or Costco) and small convenience stores. Because black
    pepper makes up a very small part of household budgets[18] and has no close
    substitute, demand will be "inelastic" relative to less essential grocery items like
    beef. Hence consumers' demand is less responsive to price increases.[19] Moreover,
    because consumers do not negotiate what they pay but pay the list prices set by
    retailers who in turn purchase from McCormick, the Defendants' slack-fill strategy

---

[15]  http://www.mccormickflavoursolutions.co.uk/Flavour-Expertise/Spice-Buyers-Journal/Black-Pepper;
      McCormick 2014 Annual Report.

[16]  The market share is calculated based on my review of the IRI data and McCormick wholesale shipment
      data.

[17]  Ibid.

[18]  According to the IRI data and consumer food expenditure data from USDA Economic Research Service
      (ERS), the average consumer spent 92 cents on black pepper products in 2014, accounting for 0.04% of
      $2,385 annual expenditure on food per person.

[19]  See quote from page 10 of Desai, Dhruv, "Pepper Crop Report",World Spice Congress-2014, "Demand
      remained price inelastic and recession proof." See also quote from Chapter one of Weaver, F.S.,
      "Economic Literacy, Basic Economics with an Attitude", 2006, "The bottom line is that an inelastic
      demand means that the quantity demanded of a commodity is not very responsive to changes in price. This
      suggested …, or is perhaps something that is so small a part of consumer's budgets (black pepper) that
      consumers just do not pay much attention to price changes."

would affect all class members in a common way.[20]

## VI. DATA USED IN THE ANALYSIS

### A.  DATA FOR CLASS PRODUCTS IDENTIFICATION

22.   Plaintiffs allege in the complaint that McCormick reduced the amount of black pepper from five McCormick-branded products and five private-label products, as well as other unnamed co-conspirator products. The identified private-label products are two Great Value and three Publix black pepper products. Upon review of the wholesale shipment data I received from McCormick, I was able to identify a comprehensive list of class products that have been affected by the Defendants' strategy of switching products to versions with slack-fill in identical packages.

23.   The wholesale shipment data provides, for each McCormick-branded and private-label product manufactured by McCormick, the quantity shipped from McCormick to each retailer/wholesaler per month between December 2012 and June 2016. Relying upon this data, I was able to determine each pair of standard-filled and slack-filled black pepper products by matching their names and descriptions. I further confirmed these pairings by examining the sales patterns of each pair of products over time. Once I observed that sales of the standard-filled products decrease to zero in early 2015 and their slack-filled counterparts began picking up during the same period, I could confirm that the pairing from the product names and descriptions was accurate.

24.   Complete lists of McCormick-branded and private-label products I identified that have been affected by the Defendants' slack-fill strategy, including those previously named in the consolidated complaint, are shown in Table 1 and Table 2 below.

---

[20]   The aggregate contributions of discounts, differences in pricing across stores and time will be accounted for in the IRI retail data. Therefore the calculation of class-wide damages accounts for individual-specific variation in purchases.

**Table 1: List of McCormick-Branded Class Products**

| Standard-filled Products | | | Slack-filled Products | | |
|---|---|---|---|---|---|
| Description | Size(oz) | UPC | Description | Size(oz) | UPC |
| PEPPER BLACK COARSE GROUND | 2.12 | 5210000678 | PEPPER BLACK COARSE GROUND | 1.50 | 5210003004 |
| PEPPER BLACK COARSE GROUND | 4.00 | 5210007126 | PEPPER BLACK COARSE GROUND | 3.12 | 5210003025 |
| PEPPER BLACK GROUND | 2.00 | 5210005020 | PEPPER BLACK GROUND | 1.50 | 5210002992 |
| PEPPER BLACK GROUND | 4.00 | 5210005030 | PEPPER BLACK GROUND | 3.00 | 5210002996 |
| PEPPER BLACK GROUND | 8.00 | 5210005040 | PEPPER BLACK GROUND | 6.00 | 5210003010 |
| PEPPER BLACK GROUND MCP | 8.75 | 5210009000 | PEPPER BLACK GROUND MCP | 7.75 | 5210003033 |
| PEPPER BLACK WHOLE | 2.37 | 5210000688 | PEPPER BLACK WHOLE | 1.87 | 5210003023 |
| PEPPER BLACK WHOLE | 4.25 | 5210007128 | PEPPER BLACK WHOLE | 3.50 | 5210003038 |
| BL PEPPER GRINDER | 1.24 | 5210074603 | BL PEPPER GRINDER | 1.00 | 5210003026 |
| PEPPERCORN GRINDER MED | 3.10 | 5210002357 | PEPPERCORN GRINDER MED | 2.50 | 5210003065 |

Source: McCormick Wholesale Shipment Data

**Table 2: List of Private-Label Class Products**

| Standard-filled Products | | | Slack-filled Products | | |
|---|---|---|---|---|---|
| Description | Size (oz) | UPC | Description | Size (oz) | UPC |
| GREAT VAL PEPPER BLK 4OZ | 4.00 | 7874237152 | GREAT VAL PEPPER BLK GRD 3 OZ | 3.00 | 7874206710 |
| GREAT VAL PEPPER BLK 8 OZ | 8.00 | 7874237153 | GREAT VAL PEPPER BLK GRD 6 OZ | 6.00 | 7874206711 |
| 5TH SEAS PEPPER BLK 2.15 OZ | 2.15 | 5210002131 | 5TH SEAS PEPPER BLK GRD 1.5 OZ | 1.50 | 5210003037 |
| ESSN EVDAY PEPPER BLACK 2 OZ | 2.00 | 4130301975 | ESSN EVDAY PEPPER BLK GRD 1.5 OZ | 1.50 | 4130305760 |
| ESSN EVDAY PEPPER BLACK 4 OZ | 4.00 | 4130301976 | ESSN EVDAY PEPPER BLK GRD 3 OZ | 3.00 | 4130305759 |
| HANNAFORD BROS PPR BLK 2 OZ | 2.00 | 4126811735 | HANNAFORD BROS PEPPER BLK GRD 1.5 OZ | 1.50 | 4126820212 |
| HANNAFORD BROS PPR BLK 4 OZ | 4.00 | 4126811736 | HANNAFORD BROS PEPPER BLK GRD 3 OZ | 3.00 | 4126820211 |
| FOOD LION GROUND BLACK PEPPER 2 OZ | 2.00 | 3582604907 | FOOD LION PEPPER BLK GRD 1.5 OZ | 1.50 | 3582609860 |
| FOOD LION GROUND BLACK PEPPER 4 OZ | 4.00 | 3582600703 | FOOD LION PEPPER BLK GRD 3 OZ | 3.00 | 3582609859 |
| PUBLIX PEPPER BLACK 2 OZ | 2.00 | 4141500731 | PUBLIX PEPPER BLK GRD 1.5 OZ | 1.50 | 4141500731 |
| PUBLIX PEPPER BLK 4 OZ | 4.00 | 4141500831 | PUBLIX PEPPER BLK GRD 3 OZ | 3.00 | 4141500031 |
| PUBLIX BLACK PEPPER 8.00 OZ | 8.00 | 4141500631 | PUBLIX PEPPER BLK GRD 6 OZ | 6.00 | 4141500631 |
| PUBLIX WHL BLACK PPR 4.25OZ | 4.25 | 4141505731 | PUBLIX PEPPER BLK WHL 3.5 OZ | 3.50 | 4141505731 |
| SOUTHERN HOME BLACK PEPPER 4 OZ | 4.00 | 788001750 | SOUTHERN HOME PEPPER BLK GRD 3 OZ | 3.00 | 788003806 |
| FAMILY GOUR PEPPER BLACK GROUND 2 OZ | 2.00 | 3225101403 | FAMILY GOUR PEPPER BLK GRD 1.5 OZ | 1.50 | 3225115974 |
| FAMILY GOUR PEPPER BLACK 3.6 OZ | 3.60 | 3225103589 | FAMILY GOUR PEPPER BLK GRD 3 OZ | 3.00 | 3225115973 |
| CVS GE GROUND BLACK PEPPER 2 OZ | 2.00 | 5042844943 | CVS GE PEPPER BLK GRD 1.5 OZ | 1.50 | 5042852014 |
| AHOLD WEDGE PEPPER BLACK 2 OZ | 2.00 | 8826707037 | AHOLD WEDGE PEPPER BLK GRD 1.5 OZ | 1.50 | 8826715510 |
| AHOLD WEDGE PEPPER BLACK 4 OZ | 4.00 | 8826747038 | AHOLD WEDGE PEPPER BLK GRD 3 OZ | 3.00 | 8826715511 |
| AHOLD WEDGE PEPPER BLACK 8 OZ | 8.00 | 8826708124 | AHOLD WEDGE PEPPER BLK GRD 6 OZ | 6.00 | 8826715512 |
| WINN DIXIE PEPPER BLACK 4 OZ | 4.00 | 2114013027 | WINN DIXIE PEPPER BLK GRD 3 OZ | 3.00 | 2114002679 |
| WINN DIXIE GROUND BLACK PEPPER 8 OZ | 8.00 | 2114013028 | WINN DIXIE PEPPER BLK GRD 6 OZ | 6.00 | 2114002680 |
| SPRINGFIELD PEPPER BLK 2 OZ | 2.00 | 4138029500 | SPRINGFIELD PEPPER BLK GRD 1.5 OZ | 1.50 | 4138029502 |
| SPRINGFIELD PEPPER BLK GRD 4 OZ | 4.00 | 4138029501 | SPRINGFIELD PEPPER BLK GRD 3 OZ | 3.00 | 4138029503 |

Source: McCormick Wholesale Shipment Data
Note: We had third-party retail data for the products listed in the top panel.

## B.  DATA FOR OVERCHARGE DAMAGE ESTIMATION

25.  I relied upon three sets of data to estimate the overcharge damages on class members
from the Defendants' slack-fill strategy whereby standard-filled pepper products
were replaced by slack-filled products in identical packages.

11

26. The first set of data I relied upon is an aggregated retail sales data on black pepper products produced by IRI (the "IRI retail summary data" or the "IRI data").[21] IRI pools barcode scanning data from retail transactions across hundreds of thousands of U.S. retailers including grocery stores, drug stores, mass merchandisers, dollar stores and club stores (called "multi outlet" by IRI), and uses all that information to derive state-wide and nationwide projections of average retail prices and dollar sales.

27. The IRI data I received spans from January 2014 to October 2016. It reports weekly retail data on total unit sold, average price per unit and total dollar sales for each McCormick black pepper product identified by its universal product code (UPC) in the entire U.S. and each of 22 Consumer Protection States. Retail information from North Dakota, Iowa and Washington D.C. are not reported by IRI.

28. The IRI data allows me to examine the average prices and trends in quantity sold for each pair of standard-filled and slack-filled class products. Figure 3 below shows the weighted average prices of McCormick's iconic 2 oz. tin packaged pure ground black pepper and its 1.5 oz. slack-filled replacement from January 2014 to October 2016. The weighted average prices were calculated based on prices from the 22 Consumer Protection States with weights determined by the units sold. Figure 3 also reports the total weekly units sold in the 22 states in the bottom panel.

29. It is seen from the figure that black pepper sales are mostly stable across a year with a spike in late November and early December which may be attributable to holiday cooking. The 1.5 oz slack-filled product started becoming available at retail stores in early February 2015 and quickly took the shelf place of the 2 oz product in four months. The price of McCormick black pepper products remained fairly stable during the two-year period, with a slight price step-up in early 2016. The price trend also shows that when the slack-filled class products were introduced into the market, they were priced at the same level as the original standard-filled products even

---

[21]   IRI is an American market research company which focuses on consumer packaged goods (CPG) and provides clients with shopper and retail market intelligence and analysis. https://www.iriworldwide.com/en-US/company/about-IRI.

though they contain a lesser amount of black pepper. Similar prices and sales trends are observed for the other McCormick class products.

**Figure 3: Weighted Average Retail Price & Weekly Units Sold of 2oz/1.5oz McCormick Ground Black Pepper, 1/1 2014 – 10/2/2016.**



Source: IRI retail summary data.

30.  I also relied upon data from third-party retailers that covered the class period and the wholesale shipment data from McCormick for damage estimation. These data contains sales information for private-label slack-filled products.

31.  Lastly, I collected store location data from Publix, Albertsons, and Safeway. Albertsons and Safeway location data was used to determine the state-by-state overcharge damages while the Publix location data was used to estimate damages in Consumer Protection States from national overcharge damages.

## VII.    ESTIMATION OF OVERCHARGE DAMAGES

32.  As explained in Section III, the overcharge damages to class members from the nonfunctional slack-fill can be estimated as the value of the missing black pepper from the perspectives of both "out-of-pocket" and "benefit-of-the-bargain" standards. Assuming that value of a standard-filled product is P, the overcharge damage resulting from the purchase of a nonfunctional slack-filled product, i.e. the value of the missing pepper, can be calculated with the following equation:

$$OC = P \cdot (\frac{W - W_s}{W})$$

where OC is the estimated overcharge from the purchase of one unit of slack-filled product; W and $W_s$ represent the net weights of pepper in the standard and slack-filled package respectively.

33.  In the above equation, $\frac{W - W_s}{W}$ measures the percentage of black pepper reduction from the standard-filled product. This percentage, multiplied by the value of the standard-filled product, P, gives an estimate of value of the missing pepper. The estimated value of the missing pepper represents the overcharge damage to consumer from purchasing one unit of the slack-filled product following the "out-of-pocket" and/or "benefit-of-the-bargain" rule(s). The figure below provides a graphic illustration of rationales behind the calculation.

**Figure 4: Graphic Illustrations of Calculating Overcharge Damages**



34. One issue associated with the above discussed overcharge calculation was how to determine the values of the standard-filled pepper products during the class period as their prices were not available. Because the slack-filled products were allegedly used to deceptively represent the standard-filled products to consumers, the prices of the slack-filled products reflect consumer's willingness to pay, hence the value, to the standard-filled products. Thus, in the following section, I used the retail prices of the slack-filled products as "P" in the overcharge estimation.

### A. ESTIMATED OVERCHARGE DAMAGES TO THE CONSUMER PROTECTION CLASS

#### a. Estimated Overcharge Damages from McCormick-Branded Slack-filled Products

35. I relied upon the IRI data to compute the amount that consumers were overcharged from purchasing the identified McCormick branded slack-filled products. I first calculated the average retail price at which each of the slack-filled McCormick branded products was sold per state per month. Next, I calculated the overcharge per unit taking into account each product's calculated percentage of pepper reduction. Finally, I multiplied the overcharge per unit by the quantity sold to get an estimate of total overcharge damage per state per month.

36. For example, the average retail price of McCormick 1.5 oz. pure grounded pepper was $2.71 in California during October 2015. Applying the 25% pepper reduction (from 2oz to 1.5oz), I calculated overcharge per unit was $2.71 × 25% = $0.678. In that month, a total of 60,312 tins of McCormick 1.5 oz. pure grounded pepper were purchased in California. Accordingly, the overcharge damages from this product in California during October 2015 were $0.678 × 60,312 = $40,861.

37. I summed the overcharge estimates across months for each of the McCormick branded slack-filled products in each of the Consumer Protection States. The estimated results are presented in Table 3. I estimated consumers in the 22 Consumer Protection States with IRI data suffered $17.6 million overcharge damages from the slack-fill of McCormick-branded products.[22] In order to estimate damages in the states of North Dakota, Iowa and Washington D.C., I calculated damages on a per-capita basis and applied that figure to the population of these three areas. The U.S. census reports a 2015 population of 182 million in the 22 states, and hence I calculated a per capita overcharge estimate of 9.65 cents. For the two states and Washington D.C. that were not part of the IRI data, I was able to extrapolate overcharges by applying the per capital overcharge to their reported populations. In total, I estimated overcharge damages to the members of Consumer Protection Class being $18.0 million from the slack-fill of McCormick-branded products.

---

[22]  I understand from counsel for Plaintiffs that starting from March 2016, McCormick reduced the tin sizes of its 1.5/3/6 oz ground pepper products to make the packages consistent with the shrunk pepper content. Hence, I excluded these products from the overcharge calculation for sales after March 2016, and thus my calculation is conservative. I reserve the right to revise this exclusion, however, as more information becomes available in discovery.

**Table 3: Overcharge Estimates from McCormick-Branded Slack-Filled Products in Consumer Protection States
(1/1/2015 - 10/2/2016)**



Source: IRI Retail Summary Data, U.S. Census Bureau 2015 State Popolation.

Notes:

**: States missing IRI data. Overcharge is based on a per capita damage estimate of $0.0965.

For PEPPER BLACK GROUND 1.5oz/3oz/6oz, overcharges for dates after March 2016 are not included.

b.   **Estimated Overcharge Damages from Private-Label Slack-filled Products**

38.   Certain retailers restrict IRI from releasing sales information of their private label products at the UPC level. In this matter, all but one of the private-label products I identified were missing in the IRI data. Nonetheless, many of the third party retailers produced original source data that contains retail sales information to Plaintiffs in response to subpoenas.[23] Hence, I performed overcharge estimation from the private-label products relying upon the third party retailer data.

39.   Similar to the IRI data, the third party retailer data reports average retail price, quantity sold and total sales amount of black pepper products carried in their chain stores including their private-label brands in a certain period and geographic location. Depending on the retailers, the covered period, data frequency and geographic aggregation level varied. For example, SuperValu Inc. reported sales in transaction level disaggregated by store while Publix only reported national aggregated sales per month. The following table shows the relevant private-label brands carried by each retailer. It also summarizes the temporal and spatial coverage of each retailer data.

---

[23]   The private-label brands covered by the third party retailer data are listed in the top panel of Table 2. I did not receive third-party retailer data for the products listed in the bottom panel.

**Table 4: Third-party Retailer Data Summary**

| Third-party Retailers | Private-Label Brands Carried | Covered Period | Data Frequency | Geographic Granularity |
|---|---|---|---|---|
| Walmart | Great Value 5th Season | Feb 2015 - Apr 2016 | Monthly | State |
| SuperValu Inc. | Essential Everyday | Jan 2015 - Jul 2016 | Transaction | Store |
| Albertsons | Essential Everyday | Jan 2014 - Aug 2016 | Monthly | Store |
| Hannaford | Hannaford Bros | 2014 - 2016 | Annual | State |
| Food Lion | Food Lion | 2014 - 2016 | Annual | State |
| Publix | Publix | Jan 2015 - Jun 2016 | Monthly | National |

Sources: Walmart, Publix, Supervalu, Albertsons, Hannaford and Food Lion.
Notes:
 SuperValu Inc. operates Supervalu stores and five retail banners including Cub Foods, Farm Fresh, Hornbacher's,
   Shop 'N Save and Shoppers.
 Albertsons operates banners including Albertsons, Safeway, Vons, Jewel-Osco, Shaw's, and Acme etc.

40. I estimated overcharge damages from the private-label black pepper products following the same methodology. First, the overcharge per unit was estimated for each product with its sales price and percentage of reduced pepper. Then I multiplied the overcharge per unit by the quantity sold to get an estimate of total overcharge. For the five retailers other than Publix from Table 4, I further aggregated the estimated overcharge across time period and stores (if the data was reported at the store level) to calculate total overcharge from them private-label products per state.

41. The Publix retail data, on the other hand, only allowed me to estimate the overcharge damages in the entire U.S. as it reported sales at the national level. Thus, in order to calculate the damages relevant to each of the Consumer Protection State, I collected Publix store distribution data, see Figure 5, to assign a portion of the national damage to each state. For example, Florida is home to 783 Publix stores, representing 68.0% of the total number of stores across southeastern areas of the United States. Using the store-weighted allocation of sales volume, I estimated the percentage of damages for Florida from the percentage of stores within the total chain.

**Figure 5: Publix Store Distribution**



| | |
|---|---|
| Florida: | 783 |
| Alabama: | 65 |
| Georgia: | 185 |
| South Carolina: | 57 |
| North Carolina: | 22 |
| Tennessee: | 40 |

Source: www.publix.com

42.  The estimated overcharge damages to the Consumer Protection Class from private-label products at issue are shown in Table 5. The overcharge damages from Great Value, 5th Season and Essential Everyday black pepper products were widely distributed across states. As expected by the fact that Hannaford, Food Lion and Publix are regional chains, the estimated damages from their private-label products are mostly centered in a few states. Overall, I estimated overcharge damages to Consumer Protection Class from purchasing private-label black pepper products in this matter being $4.1 million. While this estimate is not comprehensive since I did not include damages from the private-label products that were not covered by the third-party retailer data, the calculation demonstrates that a method exists to

calculate damages on a class-wide basis using common evidence.[24]

---

[24] I reserve the right to supplement this calculation with additional class products as more information becomes available in discovery.

**Table 5: Overcharge Estimates from Private-Label Class Products in Consumer Protection States**

| Class States | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | Total Damage Estimate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Arkansas | $109,570 | $56,511 | $36,747 | $92 | $104 | - | - | - | - | - | - | - | - | $203,024 |
| California | $146,323 | $65,360 | $81,817 | $8,210 | $16,186 | - | - | - | - | - | - | - | - | $317,896 |
| Colorado | $65,832 | $38,911 | $26,610 | $627 | $1,592 | - | - | - | - | - | - | - | - | $133,571 |
| Connecticut | $13,473 | $6,429 | $7,122 | - | - | - | - | - | - | - | - | - | - | $27,024 |
| Delaware | $8,760 | $5,097 | $2,676 | $342 | $2,888 | - | - | $3,495 | $7,170 | - | - | - | - | $30,428 |
| District of Columbia | $2,761 | $1,011 | $1,211 | - | - | - | - | - | - | - | - | - | - | $4,983 |
| Florida | $249,251 | $104,383 | $133,466 | $251 | $308 | - | - | - | - | $233,766 | $382,838 | $208,447 | $132,703 | $1,445,411 |
| Idaho | $16,502 | $13,571 | $5,926 | $778 | $2,365 | - | - | - | - | - | - | - | - | $39,142 |
| Illinois | $96,842 | $48,600 | $42,647 | $17,685 | $40,945 | - | - | - | - | - | - | - | - | $246,719 |
| Iowa | $32,075 | $21,086 | $9,416 | $59 | $104 | - | - | - | - | - | - | - | - | $62,741 |
| Maryland | $41,972 | $22,769 | $15,199 | $10,606 | $15,988 | - | - | $12,599 | $24,538 | - | - | - | - | $143,670 |
| Massachusetts | $14,717 | $7,571 | $6,556 | $7,024 | $9,971 | $1,556 | $4,758 | - | - | - | - | - | - | $52,154 |
| Michigan | $71,157 | $37,482 | $34,272 | - | - | - | - | - | - | - | - | - | - | $142,911 |
| Minnesota | $46,076 | $32,047 | $12,568 | $11,072 | $32,779 | - | - | - | - | - | - | - | - | $134,542 |
| Missouri | $118,974 | $68,857 | $49,740 | $148 | $13,937 | - | - | - | - | - | - | - | - | $251,656 |
| Nebraska | $32,549 | $21,822 | $8,244 | - | - | - | - | - | - | - | - | - | - | $62,616 |
| New Hampshire | $7,402 | $5,287 | $2,577 | $1,514 | $2,702 | $2,449 | $8,605 | - | - | - | - | - | - | $30,537 |
| New Jersey | $23,620 | $9,913 | $24,880 | $984 | $6,790 | - | - | - | - | - | - | - | - | $66,187 |
| New Mexico | $45,505 | $27,531 | $14,727 | $1,706 | $2,891 | - | - | - | - | - | - | - | - | $92,361 |
| New York | $65,462 | $36,291 | $33,300 | - | $253 | $4,011 | $18,294 | - | - | - | - | - | - | $157,610 |
| North Dakota | $12,664 | $10,471 | $3,271 | $334 | $3,008 | - | - | - | - | - | - | - | - | $29,747 |
| Pennsylvania | $103,179 | $57,799 | $38,956 | $1,147 | $8,356 | - | - | $543 | $1,797 | - | - | - | - | $211,776 |
| South Dakota | $14,241 | $12,082 | $2,445 | - | - | - | - | - | - | - | - | - | - | $28,767 |
| Washington | $39,770 | $25,117 | $10,755 | $579 | $647 | - | - | - | - | - | - | - | - | $76,869 |
| Wisconsin | $60,944 | $37,050 | $17,626 | - | - | - | - | - | - | - | - | - | - | $115,621 |
| **Class State Total** | | | | | | | | | | | | | | **$4,107,962** |

Sources: ■

Note: Data from ■ is omitted due to lack of location data.

43. In aggregate, the Defendants' slack-fill strategy resulted in class members in the Consumer Protection States being overcharged approximately $22.1 million. Among the total overcharge estimated at this stage, approximately $18.0 million came from McCormick-branded products and $4.1 million came from private-label products.

**Table 6: Total Overcharge Damage Estimates in Consumer Protection States**

| Class States | McCormick-Branded Damage Estimate | Private-Label Damage Estimate | Total Damage Estimate |
|---|---|---|---|
| Arkansas | $446,472 | $203,024 | $649,496 |
| California | $3,366,423 | $317,896 | $3,684,319 |
| Colorado | $509,577 | $133,571 | $643,148 |
| Connecticut | $397,531 | $27,024 | $424,556 |
| Delaware | $131,035 | $30,428 | $161,463 |
| District of Columbia | $64,892 | $4,983 | $69,875 |
| Florida | $2,053,645 | $1,445,411 | $3,499,057 |
| Idaho | $131,253 | $39,142 | $170,395 |
| Illinois | $1,169,063 | $246,719 | $1,415,782 |
| Iowa | $301,560 | $62,741 | $364,302 |
| Maryland | $774,398 | $143,670 | $918,068 |
| Massachusetts | $678,252 | $52,154 | $730,405 |
| Michigan | $951,544 | $142,911 | $1,094,455 |
| Minnesota | $643,807 | $134,542 | $778,349 |
| Missouri | $707,904 | $251,656 | $959,560 |
| Nebraska | $198,696 | $62,616 | $261,312 |
| New Hampshire | $207,307 | $30,537 | $237,843 |
| New Jersey | $846,458 | $66,187 | $912,645 |
| New Mexico | $231,649 | $92,361 | $324,010 |
| New York | $1,413,070 | $157,610 | $1,570,680 |
| North Dakota | $73,069 | $29,747 | $102,816 |
| Pennsylvania | $1,424,039 | $211,776 | $1,635,815 |
| South Dakota | $96,662 | $28,767 | $125,430 |
| Washington | $597,394 | $76,869 | $674,262 |
| Wisconsin | $580,103 | $115,621 | $695,724 |
| **Class States Total** | **$17,995,804** | **$4,107,962** | **$22,103,767** |

Sources: █████████████████████████████████

## B. ESTIMATED NATIONWIDE DAMAGES

44. The IRI data also reported a nationwide projection of average retail prices and quantity sold for each McCormick-branded product. Relying upon these projections, I estimated a nationwide overcharge damage being $33.3 million from the slack-fill of McCormick-branded products.

45. With the same data and methodology as detailed in section VII.A.b, I estimated a

nationwide overcharge damage from the private-label products that were included in the third party retailer data being $9.2 million. In addition, I relied upon McCormick wholesale shipment data to estimate the nationwide damage from the private label products missing retailer data. As these products don't have price information, I used the retail prices of similar products with retailer data as proxies in the calculation. In the circumstances that multiple products were available as proxies in a given month, I chose the lowest price to be conservative with my estimation. The damages from these private-label products were estimated as $1.4 million.

46. In aggregate, I calculated nationwide damages of $43.9 million to class members who purchased the slack-filled products that were manufactured by McCormick.

## VIII. CONCLUSION

47. Given my review of the available information and data, I conclude that damages to the class were determined by common issues and could be reliably calculated on a class-wide basis using common evidence. I calculated nationwide damages of $43.9 million to class members which represented Defendants' unjust enrichment. I also provided an estimate of overcharge damages to class members in the Consumer Protection States being $22.1 million of which $18.0 million is from McCormick-branded products and $4.1 million from private-label products.

48. I reserve the right to amend my analysis should more information become available to me.


Armando Levy, Ph.D.
January 30, 2017

## APPENDIX A: CURRICULUM VITAE OF ARMANDO LEVY

**Dr. Armando Levy,** a Principal at The Brattle Group, specializes in microeconomics, econometrics, and statistics. Dr. Levy has provided testimony and supported the expert work of top academics in many litigation cases with an emphasis on statistical and econometric issues as well as sample design.  His casework experience spans class action (class certification and damages), antitrust, insurance, intellectual property and telecommunications. Dr. Levy has recently been involved in the Milk, MLB/NHL, LCD-TFT, SRAM and DRAM antitrust actions in the U.S. as well as antitrust actions in Australia.  Dr. Levy has also recently been involved in Natural Resource Damages Assessment (NRDA) litigation involving ocean and groundwater contamination as well as the valuing of wetlands restoration in the western United States. Dr. Levy has supported many top-tier academic experts including Professor Dan McFadden of Berkeley and Professors Roger Noll and Robert Hall of Stanford.  Dr. Levy has also recently provided testimony at class certification involving the measurement of the effect of false claims on consumer demand and prices. His academic work has examined issues in the demand for crop insurance, telecommunications and live theater.  He has also analyzed bidding behavior in auctions, the diffusion of wireless technologies, and optimal contracts in the poultry industry.

Prior to joining The Brattle Group, Dr. Levy was Assistant Professor of Economics at North Carolina State University in Raleigh, North Carolina.  Dr. Levy was a lecturer at the University of California at Berkeley in 2008 and 2009.

Dr. Levy has authored a chapter for a book on demand analysis in the telecommunications industry and numerous articles for peer-reviewed journals. Dr. Levy earned his Ph.D. in Economics and a M.A. in Statistics both from the University of California at Berkeley.

### AREAS OF EXPERTISE

- Class Action Litigation
- Commercial Damages
- Antitrust
- Natural Resource Damage Assessments
- Gaming Industry
- Insurance
- Intellectual Property
- Econometrics and Statistics
- Sample design, discrete choice models

## EDUCATION

- 1996    Ph.D. Economics, University of California at Berkeley
- 1995    M.A. Statistics, University of California at Berkeley
- 1989    A.B. Applied Mathematics, University of California at Berkeley

## EXPERIENCE

### Antitrust

- *Microsoft v. Various States Class Action.* Analysis of anti-trust damages claims arising from multi-state class action litigation. Aided Professor Robert Hall in developing complex mathematical model of competition within the relevant market.

- *Noranda and DuPont v. Class Action.* Analysis of market for sulfuric acid. Support academic expert in calculation of industry costs and other issues. Aided in filing of expert report.

- *DRAM Class Action Litigation.* Support damages analyses of alleged price fixing by DRAM manufacturers and rebuttal of defense experts' analysis.

- *eBay Class Action Litigation*  Support analysis to determine whether common issues predominate economic analysis of liability and damages for class certification.  Provide testimony on utility of certain data for economic modeling.

- *SRAM Class Action Litigation.* Performed damages analyses of alleged price fixing by SRAM manufacturers and rebuttal of defense experts' analysis.

- *LCD-TFT Antitrust Litigation*.  Performed damages analysis to determine alleged overcharges from purchases of a large state and municipalities.

- *NHL/MLB Antitrust Litigation.* Supported Professor Dan McFadden in evaluation of proposed damages model for a Daubert hearing.

- *National Milk Producers Antitrust Litigation.* Supported Professor David Sunding in damages estimate from supply restriction related to the Herd Retirement Program.

### Natural Resources Damage Assessments

- *Analysis of lost value from loss of recreational use.* Combine survey research and recreational count data to estimate the lost value to people from the loss of recreational use of a stretch of coastline.

- *Groundwater Contamination.* Design a survey instrument and sampling design to assess the value of an uncontaminated drinking water supply for a population of a suburban community.

- *Fishing Health Assessment.* Design a survey instrument and sampling design to assess exposure of recreational fishermen to contaminated river sediment borne through fish catches.

## Insurance

- *Auto Insurance Class Action Litigation.* Analysis of issues involving damages claimed for "diminished value" of insured vehicles after collision claims. Aided counsel in preparation for deposition and cross examination. Developed and evaluated econometric models to estimate damages under various scenarios and managed case team.

- *Life Insurance Class Action Litigation.* Analysis of issues related to damages claims for the paying of modal premiums on life insurance policies. Aided expert in preparation of affidavit relating to issues of class certification.

- *Worker's Compensation Regulatory Compliance.* Analysis of underwriting procedures and filing of state forms for complex inter-state worker's compensation programs. Designed stratified sampling plan to estimate compliance rate.

- *Third Party Claims Administration Litigation.* Analysis of issues related to damages claims related to poor claims handling and reserving practices of third party administrator for auto livery program. Designed stratified sample of claims files for evaluation by outside claims adjuster expert.

## Intellectual Property

- *Resonate v. Alteon Websystems.* Analysis of issues relating to reasonable royalty calculation for a patent infringement claim regarding features of defendant's webswitch. Aided expert in filing report and providing deposition testimony. Created a stratified sample of customer service calls from client database to establish prevalence of disputed feature.

- *Reasonable Royalty for Packet Switching Technology.* Analysis of issues relating to reasonable royalty calculation for a patent infringement claim regarding features of defendant's internet router. Aided expert in filing report. Created a stratified sample of customer service calls from client database to establish prevalence of disputed feature.

- *Smith & Nephew v. Hologic.* Analysis of the degree of competition and pricing behavior between plaintiff's and defendant's products. Assess issue related to irreparable harm.

## Valuation

- *Eric Spire v. County of Santa Clara.* Analysis of breach of contract claim by music promoter against the county for rental of fairgrounds. Support expert in valuation of promoter's opportunity from rental agreement. Aid counsel in deposition of plaintiff's damages expert.

## Business Interference

- *LT Game International Ltd. v. Shuffle Master, Inc.* Critique of damages analysis arising from claimed business interference in the market for gaming equipment.

- *PeopleSoft v. Oracle.* Analysis of damages arising from Oracle's unsolicited tendered offer for PeopleSoft. Aided academic expert in analysis of data and economic literature.

## Mediation

- *Settlement Administration.* Analysis of the econometric determination of the source of lost market share.

## Lanham Act

- *PBM Products v. Mead Johnson.* Performed time series econometric analysis of sales of infant formula to identify impact of deceptive advertising.

## TESTIMONY

- *FTC v. PBS Inc. (Case No. 2:08-cv-00620-APG-GWF) expert report and deposition*: estimate damages for customers of magazine retailer from misleading sales practices (*December 2015-ongoing*)

- *Hughes, et. al. v. NBTY Inc. (Case No. 2:12-cv-00041-PKC-GRB) declaration and deposition*: rebuttal to opinion on class certification *(November 2015 – ongoing)*

- *Lyon, et. al. v. United States Immigration and Customs Enforcement (Case No. 13-cv-05878 EMC) expert report:* report on distribution of incarcerations at detention facilities *(November 2015 – ongoing)*

- *Ambac v. Countrywide – New York State Court (Case No. 651612/2010) expert report and deposition:* evaluation of econometric analysis of Prof. Jerry Hausman *(April 2015 – ongoing)*

- *Jeffrey Sachs, et. al. v. Toyota Motor Company. – California State Court (Case No. BC443701) declaration:* damages to named plaintiffs *(July, 2014- ongoing)*

- *LT Game International Ltd. v. Shuffle Master, Inc. -- U.S District Court, District of Nevada (Case No. 2:12-cv-01216-JAD-GWF)* co-authored (with Coleman Bazelon) expert report and deposition: evaluate damages analysis of economists *(May, 2013-ongoing)*

- *Rebuttal Testimony before the New Jersey Board of Public Utilities in a Water Tariff Proceeding (BPU Docket No. WR11070460 and OAL Docket No. PUC 09799-2011N)* Written testimony on the forecasting of future water demand by customers of New Jersey American Water Company *(February 2012).*

- *SRAM Class Action Antitrust Litigation—U.S. District Court, Northern District of California (Master File No. M:07-cv-01819-CW, MDL No. 1819) Deposition and Expert Reports*: Estimated antitrust class action damages for SRAM due to alleged price-fixing collusion *(January 2010-January 2011).*

- *eBay Class Action Antitrust Litigation-- U.S. District Court, Northern District of California (Case No.07-CV-01882-JF (RS)) Deposition and Declaration:* Importance and relevance of certain data to estimate microeconomic models useful for market definition, measurement of market power and damages *(June-August 2009).*

- *Report submitted before the International Trade Commission-- Investigation Nos. 701-TA-447 and 731-TA-1116:* An econometric study of the effects of Chinese imports of standard steel pipe *(June 2008).*

- *Retailer Bankruptcy U.S. Bankruptcy Court, Northern District of Ohio-- Declaration:* Offered opinion related to anomalies in a proffered inventory database *(May 2007).*

- *Mortgage Lender Class Action Litigation-- Declaration:* Offered opinion on effectiveness and reliability of random sampling of mortgage applications *(2005).*

## PUBLICATIONS

- "Smart Pricing, Smart Charging Can time-of-use rates drive the behavior of electric vehicle owners?" (joint with Ahmad Faruqui, Ryan Hledik and Alan Median) *Public Utilities Fortnightly* October (2011), 38-45.

- "Do Farmers value the Environment? Evidence from the Conservation Reserve Program" (joint with Michelle Marra, Tom Vukina and Xiaoyong Zheng) *International Journal of Industrial Organization* Vol. 26(6) (2008), 1323-1332.

- "The League Composition Effect in Tournaments" (joint with Tom Vukina) *Journal of Labor Economics* Vol. 22(2) (2004), 353-378.

- "Wireless Diffusion and Mobile Computing: Implications for the Digital Divide" (joint with Jonathan Wareham and Wei Shi) *Telecommunications Policy* Vol. 28 (5,6) (2004), 439-457.

- "A Generalized Additive Tobit Model for Telecommunications" *Empirical Economics* Vol. 28(1) (2003), 3-22.

- "Tobit Without Apology" *economics letters* Vol. 77(3) (2002), 399-404.

- "Demand for Live Theater with Market Segmentation and Seasonality" (with Jonathan Corning) *Journal of Cultural Economics* Vol. 26 (2002), 217-235.

- "Optimal Linear Contracts with Heterogeneous Agents" (joint with Tom Vukina) *European Review of Agricultural Economics* Vol. 29(2) (2002), 205-217.

- "Who will be the Adopters of 3G Mobile Computing Devices? A Probit Estimation of Mobile Telecom Diffusion" (with Jonathan Wareham) *Journal of Organizational Computing and Electronic Commerce* Vol. 12(2) (2002), 161-174.

- "Parametric, Semi-parametric and Non-parametric Models of Telecommunications Demand: An Investigation of Residential Calling Patterns" (with Erik Heitfield) *Information Economics and Policy* Vol. 13 (2001), 311-329.

- "Semi-parametric Estimation of Intra-LATA Demand Elasticities" in <u>The Future of the Telecommunications Industry: Forecasting and Demand Analysis</u> edited by D. M. Loomis and L. D. Taylor, Kluwer Academic Publishers 1999.

## WORKING PAPERS

- "What is Special about Today? Estimating Impacts from Demand Response Programs"

- "On the Limit Pricing of Goods with Network Effects".

- "A Simple Consistent Estimator for the Regression Function in a Truncated Sample".

- "A Semi-parametric Evaluation of Adverse Selection, Disaster Relief and the Demand for Insurance" (joint with Barry Goodwin).

- "Demand for Intra-LATA Telecommunications: Evidence and Policy Implications".

## SELECTED PRESENTATIONS

- Center for Research in Regulated Industries Conference, Monterey, CA, June 2014.

- Center for Research in Regulated Industries Conference, Monterey, CA, June 2012.

- CLE Presentation on Economic Evidence in class certification in anti-trust cases, Boston Bar Association, October 2011.

- Center for Research in Regulated Industries Conference, Monterey, CA, June 2011.

- International Industrial Organization Conference, Boston, MA, April 2011.

- International Telecommunications Society Conference, Montreal, Canada, June 2008.

- Western Economic Association Annual Conference, San Francisco, CA July 2005.

- University of California at Berkeley, Department of Environmental and Natural Resource Economics, Berkeley, CA. April, 2003.

- North Carolina State University, Departments of Economics and Agricultural Economics, Raleigh, NC. April, 2003.

- European Agricultural Economics Association Meetings, Copenhagen, Denmark June 2001.

- Department of Agricultural Economics, North Carolina State University, Raleigh, NC April 2001.

- The Federal Reserve Bank of San Francisco, San Francisco, CA February 2001.

- 8th World Congress of the Econometric Society, Seattle, WA, August 2000.

## PROFESSIONAL AFFILIATIONS

- Econometric Society
- American Economic Association

## APPENDIX B: DOCUMENTS RELIED UPON

### Legal Pleadings

- Consolidated Amended Class Action Complaint In Re: McCormick & Company, Inc. Pepper Products Marketing and Sales Practices Litigation, MDL No. 2665, Master Docket No. 1:15-mc-1825-ESH.
- Memorandum Opinion In Re: McCormick & Company, Inc. Pepper Products Marketing and Sales Practices Litigation, MDL No. 2665, Master Docket No. 1:15-mc-1825-ESH, November 11, 2016.

### Academic Articles, Books and Public Press

- Desai, D., "Pepper Crop Report", World Spice Congress – 2014.
- Eaton, et. al., "Microeconomics" 4th Edition, Prentice Hall, 1999.
- Garner , B.A., "Black's Law Dictionary", 7th edition, 1999.
- Hess, J. D., and Gerstner, E., "Loss Leader Pricing and Rain Check Policy", Marketing Science, 6(4), 358-374, 1987.
- Hughlett, M., "Watkins Sues Spice Giant McCormick & Co. over Pepper Tins", June 9, 2015.
- International Pepper Community, "Pepper Statistical Yearbook 2014", 2014.
- Krishnakumar, P.K., "Black Pepper May Turn Costlier Due to Poor Harvest", the Economic Times, May 31, 2016.
- Lau, E. et.al., "Causality Between White Pepper and Black Pepper: Evidence from six Markets", The Icfai University Press, 2008.
- Magesh, C., "Overview of Indian Pepper Industry", 2015.
- Mankiw, N.G., "Principles of Microeconomics", 7th Edition, 2015.
- Mann, J.A. JR., "Step by Step, Badia Spices Buit its Empire", Business Monday, July 20, 2014.
- Ravindran, P.N.  ed., "Black Pepper", Harwood Academic Publishers, 2000.
- Technavio, "Global Black Pepper Market 2015-2019" July 22, 2015.
- Thangaselvabal, T. et.al., "Black Pepper (Piper Nigrum L.) 'the King of Spices'- a Review" Agricultural Review Vol. 29(2) 89-98, 2008.
- Weaver, F.S., "Economic Literacy: Basic Economics with an Attitude", 2006.
- White, K., "Black Pepper and Ginger Prices Hot up", The Grocer, June 14, 2014.
- Zicha, J., "Pepper – the Return of Black Gold", June 29, 2015.

**Annual Reports**

- McCormick 2012 Annual Report.
- McCormick 2013 Annual Report.
- McCormick 2014 Annual Report.
- McCormick 2015 Annual Report.

**Data**

- IRI Data:
  - IRI_Pepper_0000001_Highly Confidential – Attorneys' Eyes Only.csv.
  - IRI_Pepper_0000002_Highly Confidential – Attorneys' Eyes Only.csv.
  - IRI_Pepper_0000003_Highly Confidential – Attorneys' Eyes Only.csv.
- McCormick Wholesale Shipment data - MCC00029482.xlsx.
- Third-party Retailer Data:
  - Albertsons – "Albertson's - All Data Combined PS FINAL (HIGHLY CONFIDENTIAL).xlsx".
  - Food Lion – "FL00001 - CONFIDENTIAL - McCormick sales.xlsx".
  - Hannaford – "HA00001 - CONFIDENTIAL - McCormick Spices-8.29.16-c.xlsx".
  - Supervalu – "McCormick Subpoena_SV 000276 (2015 POS data).xlsx".
  - Supervalu – "McCormick Subpoena_SV 000277 (2016 POS data).xlsx".
  - Publix – "PUB0000086.xlsx".
  - Walmart – "WALBPL00030103_HIGHLY CONFIDENTIAL.xlsx".
- Albertsons Store Location Data – http://www.lsc.net/docs/default-source/Fraud/supervalu-ab-acuisitions-location-list.pdf?sfvrsn=0 (Accessed on 1/3/17).
- Publix Store Location Data – http://store.publix.com/publix/ (Accessed on 1/28/17).
- US Census Bureau - http://www.census.gov/data/tables/2016/demo/popest/nation-total.html (Accessed on 12/8/16).
- FAOSTAT - http://www.fao.org/faostat/en/ (Accessed on 8/29/16).
- IPC – http://www.ipcnet.org/n/index.php (Accessed on 12/22/16).
- Spice Board India – http://www.indianspices.com/international/weekly-price-international (Accessed on 11/28/16).
- USDA ERS data on Food Expenditure - https://www.ers.usda.gov/data-products/food-expenditures/food-expenditures/#Food Expenditures (Accessed on 1/29/16).