UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MCCORMICK & COMPANY, INC., PEPPER PRODUCTS MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Relates to:<br><br>ALL CONSUMER CASES | MDL Docket No. 2665<br>Misc. No. 15-1825 (ESH) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion (ECF No. 212), it is hereby

**ORDERED** that defendants' Joint Motion to Exclude Report and Opinions of Dr. Armando Levy (ECF No. 164) is **DENIED**; it is further

**ORDERED** that plaintiffs' Motion for Class Certification (ECF No. 156) is **GRANTED IN PART AND DENIED IN PART** as follows:

(1) the motion is **DENIED** with respect to plaintiffs' motion to certify a Consumer Protection Multi-State Class, an Unjust Enrichment (Restatement) Multi-State Class, and an Unjust Enrichment (Appreciation) Multi-State Class;

(2) the motion is **DENIED** with respect to plaintiffs' motion to certify single-state unjust enrichment classes for California, Connecticut, the District of Columbia, Illinois, Maryland, Missouri, and Pennsylvania and to certify a single-state consumer protection class for Illinois; and

(3) the motion is **GRANTED** with respect to plaintiffs' motion to certify single-state

consumer protection classes for California, Florida, and Missouri, hereinafter the <u>California Consumer Protection Class</u>, the <u>Florida Consumer Protection Class</u>, and the <u>Missouri Consumer Protection Class</u>.

It is further **ORDERED** that:

(1) The <u>California Consumer Protection Class</u> is defined as "All persons residing in California who purchased Slack-Filled Pepper Products[1] for their personal or household use." The class is certified to bring claims against defendant McCormick under the California Consumer Legal Remedies Act (CLRA), Cal. Civ. Code § 1770, and the California Unfair Competition Law (UCL), Cal. Bus. & Prof. Code § 17200. Plaintiffs Deborah Esparza and Holly Marsh are appointed as Class Representatives.

(2) The <u>Florida Consumer Protection Class</u> is defined as "All persons residing in Florida who purchased Slack-Filled Pepper Products for their personal or household use." The class is certified to bring claims against defendant McCormick under the Florida Deceptive and Unfair Trade Practices Act (FDUTPA), Florida Stat. § 501.201, *et seq*. Plaintiff Carmen Pellitteri is appointed as the Class Representative.

(3) The <u>Missouri Consumer Protection Class</u> is defined as "All persons residing in Missouri who purchased Slack-Filled Pepper Products for their personal or household use." The class is certified to bring claims against defendant McCormick under the Missouri Merchandising Practices Act (MMPA), Mo. Rev. Stat. § 407.010, *et seq*. Plaintiff Catherine Grindel is appointed as the Class Representative.

Excluded from the above classes are (i) Defendants, (ii) any entity in which any

---

[1] The term "Slack-Filled Pepper Products" is defined in the Court's Memorandum Opinion filed this same date.

Defendant has a controlling interest or which has a controlling interest in Defendants, and (iii) the Court and its staff.

It is further

**ORDERED** that the appointment of Class Counsel will be addressed at the next Status Conference; it is further

**ORDERED** that a status conference is set for **Monday, August 19, 2019, at 2:00 p.m.** in Courtroom 23A; and it is further

**ORDERED** that the parties shall confer and file by no later than **Wednesday, August 7, 2019**, a joint proposal for further proceedings, including an identification of all cases that can be remanded to the transferor court.

_____
ELLEN S. HUVELLE
United States District Judge

Date:  July 10, 2019