UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MCCORMICK & COMPANY, INC., PEPPER PRODUCTS MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br><br>ALL CLASS ACTIONS | MDL Docket No. 2665<br>Misc. No. 15-1825 (ESH) |

## JOINT STATUS REPORT

In response to the Court's August 9, 2019 Order, the Consumer Plaintiffs ("Plaintiffs"), McCormick & Company, Inc. ("McCormick"), and Wal-Mart Stores, Inc. ("Walmart") respectfully submit this Joint Status Report.

In its August 9, 2019 Order, the Court instructed the parties to file by September 3, 2019 "a joint proposal for further proceedings, including an identification of all cases that can be remanded to the transferor court." The Court also ordered the parties to specify which cases can be remanded to the transferor court even if the Court were to grant McCormick's pending motion to stay or the Court of Appeals were to grant McCormick's Rule 23(f) petition for appellate review.

It is the parties' view that, given the posture of the case and McCormick's pending appeal to the D.C. Circuit, it is premature to send any cases back to the transferor courts, as pretrial proceedings have not yet concluded. More specifically, summary judgment motions – which are considered part of pretrial proceedings – have not yet been filed. *See, e.g., U.S. ex rel. Hockett v. Columbia/HCA Healthcare Corp.*, 498 F. Supp. 2d 25, 37 (D.D.C. 2007) (citing *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach,* 523 U.S. 26, 34 (1998)).

1

The Court has also asked the parties to address the possibility of settlement and what mechanism the parties would suggest for pursuing settlement at this time. McCormick would be willing to participate in another session with Judge Robertson at a time agreed to by the parties. As for Wal-Mart, it believes that the only item for discussion is dismissal of the remaining individual claims against Walmart given that the class, as to claims against Walmart, was not certified. As a result, it is not clear to Walmart that the Court retains federal jurisdiction over such claims.

As to mediation, Plaintiffs requested that McCormick provide certain information that would inform whether a further mediation would be productive, but McCormick declined to provide the information. Accordingly, Plaintiffs do not think a mediation would be productive at this time. However, Plaintiffs remain open to mediation if McCormick provides the information requested.

Plaintiffs will not agree to dismiss the individual claims against Wal-Mart.

Finally, the parties propose that they submit a proposed schedule for further proceedings within 14 days of (i) a decision by the Court of Appeals to deny McCormick's Rule 23(f) petition for appellate review; (ii) a decision on the merits of McCormick's Rule 23 appeal; or (iii) a denial by this Court of the parties' request for a stay, whichever is earlier.

Dated: September 3, 2019                   Respectfully submitted,

By:     /s/ *Elizabeth A. Fegan*
        Elizabeth A. Fegan
        FEGAN SCOTT LLC
        150 S. Wacker Dr., 24th Floor
        Chicago, IL 60606
        (312) 741-1019
        Email: beth@feganscott.com

Steve W. Berman
Mark Vazquez
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(202) 623-7292
steve@hbsslaw.com
markv@hbsslaw.com

Scott Adam Kamber
KAMBERLAW, LLC
201 Milwaukee Street
Suite 200
Denver, CO 80206
(646) 964-9600
Fax: (212) 202-6364
Email: skamber@kamberlaw.com

Deborah Kravitz
KAMBERLAW LLP
401 Center Street
Suite 111
Healdsburg, CA 95448
(707) 820-4247
Email: dkravitz@kamberlaw.com

*Counsel for Consumer Plaintiffs*

By:   /s/ David H. Bamberger

David H. Bamberger (DC Bar No. 362285)
Edward S. Scheideman (DC Bar No. 475128)
Paul D. Schmitt (DC Bar No. 1007680)
Julie A. Gryce (Bar No. 988319)
DLA Piper LLP (US)
500 Eighth Street, N.W.
Washington, D.C. 20004
Tel.: 202-799-4000
Fax: 202-799-5000
david.bamberger@dlapiper.com
edward.scheideman@dlapiper.com
paul.schmitt@dlapiper.com
julie.gryce@dlapiper.com

*Counsel for Defendant
McCormick & Company, Inc.*

3

/s/ Andrew G. Klevorn
Andrew G. Klevorn
Yoni Rosenzweig
Kristin L. Coveney
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL  60661-3693
Telephone:  312.902.5200
Facsimile:    312.902.1061
andrew.klevorn@kattenlaw.com
yoni.rosenzweig@kattenlaw.com
kristin.coveney@kattenlaw.com

*Counsel for Defendant Wal-Mart Stores, Inc*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 3rd day of September 2019, I caused to be electronically filed the foregoing Joint Status Report with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel registered through CM/ECF.

            /s/ Elizabeth A. Fegan
            Elizabeth A. Fegab

            *Counsel for Consumer Plaintiffs*