UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: MCCORMICK & COMPANY, INC.,
PEPPER PRODUCTS MARKETING AND
SALES PRACTICES LITIGATION

This Document Relates to:

ALL CONSUMER CASES

MDL Docket No. 2665
Misc. No. 15-1825 (ESH)

## SCHEDULING ORDER

As discussed at the Status Conference held on September 18, 2019, it is hereby

**ORDERED** that defendants' unopposed motion to stay proceedings in the consolidated consumer cases pending a decision by the Court of Appeals on defendant's Rule 23(f) petition (ECF No. 215) is **GRANTED**; it is further

**ORDERED** that a Status Conference is set for **November 20, 2019, at 10:30 a.m.** in Courtroom 23A; and it is further

**ORDERED** that by **November 12, 2019**, the parties shall file a Joint Status Report addressing the following issues:

1. Identify any individual cases that will be dismissed, will be remanded, or will be involved in the motion for summary judgment.

2. What additional discovery will be necessary prior to summary judgment briefing.

3. Whether additional experts will be retained and, if so, on what issues.

4. Whether the stay should be continued.

5. What issues defendants intend to raise as grounds for summary judgment and a

proposed schedule for summary judgment briefing.

**SO ORDERED.**


_____
ELLEN S. HUVELLE
United States District Judge

Date:   September 18, 2019