UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MCCORMICK & COMPANY, INC., PEPPER PRODUCTS MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Relates to:<br><br>ALL CONSUMER CASES | MDL Docket No. 2665<br>Misc. No. 15-1825 (ESH) |

## AMENDED SCHEDULING ORDER

Given the recent ruling by the D.C. Circuit rejecting defendants' Rule 23(f) petition, the Court has decided to amend the Scheduling Order filed on September 18, 2019, ECF No. 217. Accordingly, it is hereby

**ORDERED** that the **STAY** is **LIFTED**; and it is further

**ORDERED** that Status Conference presently set for November 20, 2019, is **RESCHEDULED for November 4, 2019, at 3 p.m. in Courtroom 23A**; and it is further

**ORDERED** that by **October 25, 2019**, the parties shall file a Joint Status Report addressing the following issues:

1. What is the current status of the following cases:

    a. *Jung v. McCormick & Co.*, No. 15-cv-1448 (D.D.C.) (plaintiff was not named in Second Amended Consolidated Complaint)

    b. *Fernandez v. McCormick & Co.*, No. 16-cv-0117 (D.D.C.)

    c. *Dupler v. McCormick & Co.*, No. 2:15-cv-03454 (E.D.N.Y.) (D.D.C. No. 15-cv-2152) (plaintiff was not named in Second Amended Consolidated Complaint)

    d. *Thornton v. McCormick & Co.*, No. 3:15-cv-00566 (D. Nev.) (D.D.C. No. 15-

    cv-2206) (plaintiff was not named in Second Amended Consolidated Complaint)

  e. *Gerstnecker v. McCormick & Co.*, 2:15-cv-01671 (W.D. Pa.) (D.D.C. No. 16-cv-0128)

2. Identify any individual cases that should be dismissed, remanded, or will be covered in the motion for summary judgment.

3. What additional discovery will be necessary prior to summary judgment briefing.

4. Whether additional experts will be retained and, if so, on what issues.

5. What issues defendants intend to raise as grounds for summary judgment and a proposed schedule for outstanding discovery, if any, and for summary judgment briefing.

**SO ORDERED.**

_____
ELLEN S. HUVELLE
United States District Judge

Date: September 23, 2019