# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 19-8003**  **September Term, 2019**

**1:15-mc-01825-ESH**

**Filed On:** September 20, 2019

In re: McCormick & Company, Inc.,

      Petitioner

      **BEFORE:**    Rogers, Tatel, and Srinivasan, Circuit Judges

### O R D E R

      Upon consideration of the petition for permission to appeal pursuant to Federal Rule of Civil Procedure 23(f), the response thereto, the reply, and petitioner's Rule 28(j) letter, it is

      **ORDERED** that the petition be denied. Petitioner has not shown that the district court's class certification decision is "manifestly erroneous." See In re Lorazepam & Clorazepate Antitrust Litig., 289 F.3d 98, 105 (D.C. Cir. 2002).

      Pursuant to D.C. Circuit Rule 36, this disposition will not be published. Because no appeal has been allowed, no mandate will issue. The Clerk is directed to transmit a copy of this order to the district court.

      **Per Curiam**