# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MCCORMICK & COMPANY, INC., PEPPER PRODUCTS MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br><br>ALL CONSUMER CASES | MDL Docket No. 2665<br>Misc. No. 15-1825 (ESH) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Consumer Plaintiffs Cynthia Fernandez, Scott Allan Bittle, Alexander Liberov, Julia Vladimirskiy, Hubert Gerstnecker, Paula Cole Jones, Sandra Robinson, Brenda Theis, Angela Barnes, Seung-Ho Jung, Tina Thornton, Brandon Grady, Tyler Underwood, Saba Ganjineh, Ryan Scott Bunting, Patricia Fusco Coyne, Anne Marron, and Katrina Linker, by their undersigned counsel; Defendant McCormick & Company, Inc., by its undersigned counsel; and Defendant Wal-Mart Stores, Inc., by its undersigned counsel, hereby stipulate to the dismissal of all of the aforementioned Consumer Plaintiffs' claims in the above-captioned action with prejudice.

DATED:  April 17, 2020

Respectfully Submitted,

By:

/s/ Scott A. Kamber
Scott A. Kamber
KAMBERLAW LLC
201 Milwaukee St., Ste 200
Denver, CO 80206
(212) 920-3072
(212) 202-6364 (fax)
skamber@kamberlaw.com

Deborah Kravitz
KAMBERLAW LLP
401 Center Street, Suite 111
Healdsburg, CA 95448
(707) 820-4247
dkravitz@kamberlaw.com

Elizabeth A. Fegan
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100
beth@feganscott.com

*Counsel for Plaintiffs*

/s/ David H. Bamberger
David H. Bamberger (Bar No. 362285)
Edward S. Scheideman (Bar No. 475128)
Paul Schmitt (Bar No. 1007680)
Julie A. Gryce (Bar No. 988319)
DLA PIPER LLP (US)
500 8th Street, NW
Washington, DC  20004
Telephone:        202-799-4000
Facsimile:         202-799-5000
david.bamberger@dlapiper.com
edward.scheideman@dlapiper.com
paul.schmitt@dlapiper.com
julie.gryce@dlapiper.com

*Attorneys for Defendant*
*McCormick & Company, Inc.*

/s/ Yoni Rosenzweig
Yoni Rosenzweig
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, California 90067-3012
Tel: (310) 788-4400
Fax: (310) 788-4471
yoni.rosenzweig@kattenlaw.com

*Counsel for Defendant Wal-Mart Stores, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April 2020, I caused to be electronically filed the foregoing Stipulation of Dismissal with Prejudice with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel registered through CM/ECF.

/s/ David H. Bamberger
David H. Bamberger

*Counsel for Defendant*
*McCormick & Company, Incorporated*